# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD SMITH, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PFENEX INC., JASON GRENFELL-GARDNER, MAGDA MARQUET, JOHN TAYLOR, ROBIN D. CAMPBELL, LORIANNE MASUOKA, PHILLIP M. SCHNEIDER, EEF SCHIMMELPENNINK, LIGAND PHARMACEUTICALS INCORPORATED, and PELICAN ACQUISITION SUB, INC.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:20-cv-01192-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated: December 14, 2020

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
　　Brian D. Long (#4347)
　　Gina M. Serra (#5387)
　　300 Delaware Avenue, Suite 210
　　Wilmington, DE 19801
　　Telephone: (302) 295-5310
　　Facsimile: (302) 654-7530
　　Email: bdl@rl-legal.com
　　Email: gms@rl-legal.com

*Attorneys for Plaintiff*